UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

: ORDER AND JUDGMENT

: 03 MDL 1570 (GBD)(FM)

------------------------------------------------------------X

This Document Relates to
Havlish v. bin Laden,
03 Civ. 9848 (GBD) (FM)

In accordance with the Memorandum Decision and Order entered on October 3, 2012, it is HEREBY:

ORDERED that Final Judgment is entered in favor of all Plaintiffs and against all Sovereign Defendants and Non-Sovereign Defendants;

ORDERED that Plaintiffs are awarded: (1) economic damages of $394,277,884, as set forth below; (2) damages for pain and suffering of $2,000,000 per Decedent for a total of $94,000,000, as set forth below; (3) damages for solatium totaling $874,000,000, as set forth below; (4) punitive damages of $4,686,235,921, as set forth below; and (5) prejudgment interest on the amount of $968,000,000 in pain and suffering and solatium damges.

ORDERED that all Defendants are jointly and severally liable for the entire award;

AND IT IS FURTHER ORDERED that the economic damages are awarded to the Decedents' Estates as follows:

| DECEDENT ESTATE | ECONOMIC LOSS TO EST. | PUNITIVE DAMAGES | TOTAL ECON. DAM. |
|---|---|---|---|
| Estate of Donald J. Havlish, Jr. | $6,711,879 | $23,088,864 | $29,800,743 |
| Estate of Michael A. Bane | $5,960,665 | $20,504,688 | $26,465,353 |
| Estate of Martin Boryczewski | $17,363,416 | $59,730,151 | $77,093,567 |
| Estate of Steven Cafiero | $1,754,202 | $6,034,455 | $7,788,657 |
| Estate of Richard M. Caproni | $3,551,011 | $12,215,478 | $15,766,489 |
| Estate of Peter Chirchirillo | $5,440,587 | $18,715,619 | $24,156,206 |
| Estate of Jeffrey Coale | $5,558,859 | $19,122,475 | $24,681,334 |
| Estate of Daniel M. Coffey | $5,059,077 | $17,403,225 | $22,462,302 |
| Estate of Jason Coffey | $4,006,486 | $13,782,312 | $17,788,798 |
| Estate of Jeffrey Collman | $4,318,172 | $14,854,512 | $19,172,684 |
| Estate of Michael Diehl | $5,584,103 | $19,209,314 | $24,793,417 |
| Estate of Stephen Dorf | $3,242,690 | $11,154,854 | $14,397,544 |
| Estate of Judy Fernandez | $2,852,544 | $9,812,751 | $12,665,295 |
| Estate of Ronald Gamboa | $2,890,981 | $9,944,975 | $12,835,956 |
| Estate of William R. Godshalk | $16,672,472 | $57,353,304 | $74,025,776 |
| Estate of John Grazioso | $7,376,753 | $25,376,030 | $32,752,783 |
| Estate of Liming Gu | $11,883,059 | $40,877,723 | $52,760,782 |
| Estate of James D. Halvorson | $9,464,745 | $32,558,723 | $42,023,468 |
| Estate of Denis Lavelle | $4,039,992 | $13,897,572 | $17,937,564 |
| Estate of Robert Levine | $4,520,876 | $15,551,813 | $20,072,689 |
| Estate of Joseph Lostrangio | $5,777,844 | $19,875,783 | $25,653,627 |
| Estate of Dorthy Mauro | $1,580,579 | $5,437,192 | $7,017,771 |
| Estate of Mary Melendez | $7,531,551 | $25,908,535 | $33,440,086 |
| Estate of Peter T. Milano | $22,153,588 | $76,208,343 | $98,361,931 |
| Estate of Yvette Nichole Moreno | $2,360,239 | $8,119,222 | $10,479,461 |
| Estate of Brian Nunez | $2,499,922 | $8,599,732 | $11,099,654 |
| Estate of Philip Paul Ognibene | $4,435,087 | $15,256,699 | $19,691,786 |
| Estate of Salvatore T. Papasso | $6,289,680 | $21,636,499 | $27,926,179 |
| Estate of John William Perry | $4,924,240 | $16,939,386 | $21,863,626 |
| Estate of Marsha Dianah Ratchford | $6,233,977 | $21,444,881 | $27,678,858 |
| Estate of Joshua Scott Reiss | $7,726,738 | $26,579,979 | $34,306,717 |
| Estate of John M. Rodak | $24,440,747 | $84,076,170 | $108,516,917 |
| Estate of Elvin Romero | $14,783,971 | $50,856,860 | $65,640,831 |
| Estate of Richard Rosenthal | $7,274,204 | $25,023,262 | $32,297,466 |
| Estate of Maria Theresa Santillian | $3,255,002 | $11,197,207 | $14,452,209 |
| Estate of Victor Saracini | $9,593,658 | $33,002,184 | $42,595,842 |
| Estate of Scott Schertzer | $2,792,107 | $9,604,848 | $12,396,955 |
| Estate of Paul K. Sloan | $5,967,696 | $20,528,874 | $26,496,570 |
| Estate of George Eric Smith | $2,609,215 | $8,975,700 | $11,584,915 |
| Estate of Timothy P. Soulas | $86,796,344 | $298,579,423 | $385,375,767 |
| Estate of William R. Steiner | $6,443,814 | $22,166,720 | $28,610,534 |

| | | | |
|---|---|---|---|
| Estate of Andrew Stergiopoulos | $5,716,259 | $19,663,931 | $25,380,190 |
| Estate of Edward W. Straub | $16,552,703 | $56,941,298 | $73,494,001 |
| Estate of Jennifer Tino | $2,625,577 | $9,031,985 | $11,657,562 |
| Estate of Jeanmarie Wallendorf | $1,768,803 | $6,084,682 | $7,853,485 |
| Estate of Meta Waller | $1,200,501 | $4,129,723 | $5,330,224 |
| Estate of Timothy Raymond Ward | $2,691,269 | $9,257,965 | $11,949,234 |
| | $394,277,884 | $1,356,315,921 | $1,750,593,805 |

AND IT IS FURTHER ORDERED that damages for pain and suffering are awarded to the Decedents' Estates as follows:

| DECEDENT ESTATE | PAIN & SUFFERING | PUNITIVE DAMAGES | TOTAL PAIN & SUF. |
|---|---|---|---|
| Estate of Donald J. Havlish, Jr. | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Michael A. Bane | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Martin Boryczewski | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Steven Cafiero | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Richard M. Caproni | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Peter Chirchirillo | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Jeffrey Coale | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Daniel M. Coffey | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Jason Coffey | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Jeffrey Collman | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Michael Diehl | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Stephen Dorf | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Judy Fernandez | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Ronald Gamboa | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of William R. Godshalk | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of John Grazioso | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Liming Gu | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of James D. Halvorson | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Denis Lavelle | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Robert Levine | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Joseph Lostrangio | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Dorthy Mauro | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Mary Melendez | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Peter T. Milano | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Yvette Nichole Moreno | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Brian Nunez | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Philip Paul Ognibene | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Salvatore T. Papasso | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of John William Perry | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |

| | | | |
|---|---|---|---|
| Estate of Marsha Dianah Ratchford | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Joshua Scott Reiss | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of John M. Rodak | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Elvin Romero | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Richard Rosenthal | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Maria Theresa Santillian | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Victor Saracini | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Scott Schertzer | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Paul K. Sloan | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of George Eric Smith | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Timothy P. Soulas | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of William R. Steiner | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Andrew Stergiopoulos | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Edward W. Straub | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Jennifer Tino | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Jeanmarie Wallendorf | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Meta Waller | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| Estate of Timothy Raymond Ward | $2,000,000.00 | $6,880,000.00 | $8,880,000.00 |
| | $94,000,000.00 | $323,360,000.00 | $417,360,000.00 |

AND IT IS FURTHER ORDERED that damages for solatium are awarded as follows:

| PLAINTIFF | SOLATIUM | PUNITIVE | TOTAL |
|---|---|---|---|
| Fiona Havlish | $12,500,000.00 | $43,000,000.00 | $55,500,000.00 |
| Donald Havlish, Sr. | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| William Havlish | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Susan Conklin | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Tara Bane | $12,500,000.00 | $43,000,000.00 | $55,500,000.00 |
| Donald Bane | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Christina Bane-Hayes | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Krystyna Boryczewski | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Estate of Michael Boryczewski | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Julia Boryczewski | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Michele Boryczewski | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Richard A. Caproni | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Dolores Caproni | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Christopher Caproni | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Michael Caproni | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Lisa Caproni-Brown | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Clara Chirchirillo | $12,500,000.00 | $43,000,000.00 | $55,500,000.00 |
| Livia Chirchirillo | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Catherine Deblieck | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| William Coale | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |

| | | | |
|---|---|---|---|
| Frances M. Coffey | $21,000,000.00 | $72,240,000.00 | $93,240,000.00 |
| Daniel D. Coffey, M.D. | $12,750,000.00 | $43,860,000.00 | $56,610,000.00 |
| Kevin M. Coffey | $12,750,000.00 | $43,860,000.00 | $56,610,000.00 |
| Dwayne W. Collman | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Brian Collman | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Charles Collman | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Brenda Sorenson | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Loisanne Diehl | $12,500,000.00 | $43,000,000.00 | $55,500,000.00 |
| Morris Dorf | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Anne Marie Dorf | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Joseph Dorf | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Michelle Dorf | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Robert Dorf | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Linda Sammut | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Corazon Fernandez | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Grace Parkinson-Godshalk | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Tina Grazioso | $12,500,000.00 | $43,000,000.00 | $55,500,000.00 |
| Maureen Halvorson | $12,500,000.00 | $43,000,000.00 | $55,500,000.00 |
| Jin Liu | $12,500,000.00 | $43,000,000.00 | $55,500,000.00 |
| Alan Gu | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Grace Kneski | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Roni Levine | $12,500,000.00 | $43,000,000.00 | $55,500,000.00 |
| Teresanne Lostrangio | $12,500,000.00 | $43,000,000.00 | $55,500,000.00 |
| JoAnne Lovett | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Regina Maria Merwin | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Margaret Mauro | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Ramon Melendez | $12,500,000.00 | $43,000,000.00 | $55,500,000.00 |
| Patricia Milano | $12,500,000.00 | $43,000,000.00 | $55,500,000.00 |
| Ivy Moreno | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Estate of Vincent A. Ognibene | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Marie Ann Paprocki | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Patricia J. Perry | $12,500,000.00 | $43,000,000.00 | $55,500,000.00 |
| Christine Papasso | $12,500,000.00 | $43,000,000.00 | $55,500,000.00 |
| Rodney Ratchford | $12,500,000.00 | $43,000,000.00 | $55,500,000.00 |
| Rodney M. Ratchford | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Marshee R. Ratchford | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Benefit of Maranda C. Ratchford | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Joyce Ann Rodak | $12,500,000.00 | $43,000,000.00 | $55,500,000.00 |
| Chelsea Nicole Rodak | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Benefit of Devon Marie Rodak | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| John Rodak | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Regina Rodak | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Joanne Gori | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |

| | | | |
|---|---|---|---|
| Diane Romero | $12,500,000.00 | $43,000,000.00 | $55,500,000.00 |
| Loren Rosenthal | $12,500,000.00 | $43,000,000.00 | $55,500,000.00 |
| Judith Reiss | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Expedito Santillian | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Ester Santillian | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Ellen Saracini | $12,500,000.00 | $43,000,000.00 | $55,500,000.00 |
| Guardian of Anne C. Saracini | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Joanne Renzi | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Paul Schertzer | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Ronald S. Sloan | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Raymond Doyle Smith | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Katherine Soulas | $12,500,000.00 | $43,000,000.00 | $55,500,000.00 |
| Russa Steiner | $12,500,000.00 | $43,000,000.00 | $55,500,000.00 |
| George Stergiopoulos, M.D. | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Angela Stergiopoulos | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Sandra Straub | $12,500,000.00 | $43,000,000.00 | $55,500,000.00 |
| Joan E. Tino | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Pamela Schiele | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Christine Barton (now Pence) | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Doyle Raymond Ward | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Gerald Bingham | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Alice Carpeneto | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Stephen L. Cartledge | $12,500,000.00 | $43,000,000.00 | $55,500,000.00 |
| Michelle Wright | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Maureen Halvorson | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Haomin Jian | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| FuMei Chien | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Huichun Jian | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Hui-Chuan Jian | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Hui-Chien Chen | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Hui-Zon Jian | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Michael LoGuidice | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Ralph S. Maerz | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Martin Panik | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Estate of Linda Ellen Panik | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Mary Lynn-Anna Panik Stanley | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Helen Rosenthal | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Alexander Rowe | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Ed Russin | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Gloria Russin | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Barry Russin | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
| Leonard Zeplin | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |
| Leona Zeplin | $8,500,000.00 | $29,240,000.00 | $37,740,000.00 |

| Joslin Zeplin | $4,250,000.00 | $14,620,000.00 | $18,870,000.00 |
|---|---|---|---|
| | $874,000,000.00 | $3,006,560,000.00 | $3,880,560,000.00 |

IT IS FURTHERMORE:

ORDERED that Plaintiffs shall forthwith, consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, together with the Memorandum Decision and Order entered on October 3, 2012, and the Report and Recommendation to the Honorable George B. Daniels issued on July 30, 2012, to Defendants.

This is a final, appealable order. See Fed.R.App.P.(4)(a).

SO ORDERED.

DATE _____

*George B. Daniel*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

CERTIFIED AS A TRUE COPY ON

THIS DATE  1|13|17

·Y_____Kmango_____
( ) Clerk
(✓) Deputy

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

Date:

In Re:

-v-

Case #:                    (        )

Dear Litigant,

    Enclosed is a copy of the judgment entered in your case.

    Your attention is directed to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, which requires that if you wish to appeal the judgment in your case, you must file a notice of appeal within 30 days of the date of entry of the judgment (60 days if the United States or an officer or agency of the United States is a party).

    If you wish to appeal the judgment but for any reason you are unable to file your notice of appeal within the required time, you may make a motion for an extension of time in accordance with the provision of Fed. R. App. P. 4(a)(5). That rule requires you to show "excusable neglect" or "good cause" for your failure to file your notice of appeal within the time allowed. Any such motion must first be served upon the other parties and then filed with the Pro Se Office no later than 60 days from the date of entry of the judgment (90 days if the United States or an officer or agency of the United States is a party).

    The enclosed Forms 1, 2 and 3 cover some common situations, and you may choose to use one of them if appropriate to your circumstances.

    The Filing fee for a notice of appeal is $5.00 and the appellate docketing fee is $450.00 payable to the "Clerk of the Court, USDC, SDNY" by certified check, money order or cash. <u>No personal checks are accepted.</u>

Ruby J. Krajick, Clerk of Court

by: _____

, Deputy Clerk

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

_____X

-V-

**NOTICE OF APPEAL**

civ.         (    )

_____X

Notice is hereby given that _____
                                                              (party)
hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it]

entered in this action on the _____ day of _____ , _____ .
                                (day)              (month)           (year)

_____
(Signature)

_____
(Address)

_____
(City, State and Zip Code)

Date: _____       (    ) _____ - _____
                                           (Telephone Number)

Note: You may use this form to take an appeal provided that it is received by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

APPEAL FORMS

FORM 1

# United States District Court
## Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
_____X
                       |
                       |    MOTION FOR EXTENSION OF TIME
                       |    TO FILE A NOTICE OF APPEAL
       -V-             |
                       |
                       |    civ.       (  )
                       |
_____X
```

Pursuant to Fed. R. App. P. 4(a)(5), _____ respectfully
                                              (party)

requests leave to file the within notice of appeal out of time. _____
                                                                       (party)

desires to appeal the judgment in this action entered on _____ but failed to file a
                                                              (day)

notice of appeal within the required number of days because:

[Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of appeal within the required number of days.]



_____
(Signature)

_____
(Address)

_____
(City, State and Zip Code)

Date: _____    (    )_____-_____
                             (Telephone Number)

Note: You may use this form, together with a copy of Form 1, if you are seeking to appeal a judgment and did not file a copy of Form 1 within the required time. If you follow this procedure, these forms must be received in the office of the Clerk of the District Court no later than 60 days of the date which the judgment was entered (90 days if the United States or an officer or agency of the United States is a party).

APPEAL FORMS

U.S.D.C. S.D.N.Y. CM/ECF Support Unit          3                    Revised: May 4, 2010

District Court will receive it within the 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

FORM 3

## United States District Court
### Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

---------------------------------X
                                 |
                                 |   **AFFIRMATION OF SERVICE**
          -V-                    |
                                 |
                                 |   civ.          (    )
                                 |
---------------------------------X

I, _____, declare under penalty of perjury that I have

served a copy of the attached _____

_____

upon _____

_____

whose address is: _____

_____

Date: _____
      New York, New York

                                          _____
                                                  (Signature)
                                          _____
                                                  (Address)
                                          _____
                                          (City, State and Zip Code)

FORM 4

APPEAL FORMS

U.S.D.C. S.D.N.Y. CM/ECF Support Unit            5                  Revised: May 4, 2010

FORM 2

**United States District Court
Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
_____X
                             |
                             |     NOTICE OF APPEAL
                             |          AND
              -V-            |   MOTION FOR EXTENSION OF TIME
                             |
                             |   civ.        (   )
                             |
_____X
```

1.   Notice is hereby given that _____ hereby appeals to
                                              (party)
the United States Court of Appeals for the Second Circuit from the judgment entered on _____.
                     [Give a description of the judgment]




2.   In the event that this form was not received in the Clerk's office within the required time

_____ respectfully requests the court to grant an extension of time in
           (party)
accordance with Fed. R. App. P. 4(a)(5).

   a.   In support of this request, _____ states that
                                                (party)
this Court's judgment was received on _____ and that this form was mailed to the
                                          (date)

court on _____ .
             (date)

                                              _____
                                                     (Signature)

                                              _____
                                                     (Address)

                                              _____
                                              (City, State and Zip Code)

Date: _____       (   ) _____
                                     (Telephone Number)

Note: You may use this form if you are mailing your notice of appeal and are not sure the Clerk of the

APPEAL FORMS

U.S.D.C. S.D.N.Y. CM/ECF Support Unit          4                    Revised: May 4, 2010